Doreen Spears Hartwell, Esq.
Nevada State Bar No. 7525
Laura Thalacker, Esq.
Nevada State Bar No. 5522
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
doreen@HartwellThalacker.com
laura@HartwellThalacker.com
*Attorneys for Defendant Atkins North America, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN OTT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ATKINS NORTH AMERICA, INC., a Florida corporation, DOES I-X, and ROE Business Entities I-X,<br><br>　　　　Defendants. | CASE NO. 2:21-00243-JCM-DJA<br><br>**STIPULATION AND ORDER TO CHANGE EARLY NEUTRAL EVALUATION DATE** |

Plaintiff BRIAN OTT and Defendant ATKINS NORTH AMERICAN, INC., by and through their respective counsel of record, hereby submit this Stipulation and Order to Move the Early Neutral Evaluation date as follows:

1. The Early Neutral Evaluation conference ("ENE") was originally scheduled for May 12, 2021.

2. Due to a conflict with the court's schedule, the ENE has been moved to May 10, 2021.

3. Counsel and the parties have a conflict with the May 10, 2021 date.

4. After consultation with chambers, the next available date that works for everyone is July 2, 2021 at 9:00 a.m.

5. The pre-ENE conference call currently scheduled for May 7, 2021 at 3:00 pm shall be changed to July 1, 2021 at 3:00 p.m.

| KEMP AND KEMP | HARTWELL THALACKER, LTD |
|---|---|
| /s/Victoria Neal | /s/Doreen Spears Hartwell |
| James Kemp, Esq. | Doreen Spears Hartwell, Esq. |
| Victoria Neal, Esq. | Nevada State Bar No. 7525 |
| 7435 W. Azure Dr., Suite 110 | 11920 Southern Highlands Pkwy, Suite 201 |
| Las Vegas, Nevada 89141 | Las Vegas, Nevada 89141 |
| *Attorneys for Plaintiff Brian Ott* | *Attorneys for Defendant Atkins North America, Inc.* |

IT IS SO ORDERED.

Dated: May 5, 2021.

_____
MAGISTRATE JUDGE